AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

PHILIP ARTHUR COVARRUBIAS,

    Petitioner,                    JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER:    3:07-CV-00120-LRH-RAM

WARDEN, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. FURTHER ORDERED petitioner's motion for default judgment and/or confession of error (#11) is DENIED. FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

 August 27, 2009                                                **LANCE S. WILSON**
                                                                                       Clerk

                                                                              /s/ M. Campbell
                                                                                Deputy Clerk